AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MK-19-0094 | Date and time warrant executed: September 11, 2019, 0640 | Copy of warrant and inventory left with: Kole MILNER |
| Inventory made in the presence of: S/A Chris Hodorowicz | | |
| Inventory of the property taken and name of any person(s) seized: <br> -Misc packaging with Happy Fox Edibles Logo <br> -Brown leather bound notebook <br> -(3) White T-Shirts with Happy Fox Edibles Logo <br> -ASUS Computer Tower <br> -iPhone X <br> -20.42 ounces dried psilocybin mushrooms <br> -906 live psilocybin mushrooms (1147 grams) | | **FILED** <br> **UNITED STATES DISTRICT COURT** <br> **DENVER, COLORADO** <br> **10/8/2019** <br> **JEFFREY P. COLWELL, CLERK** |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: October 8, 2019

*Executing officer's signature*

Special Agent Samuel Glynn
*Printed name and title*